UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JARMAH HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00439-JRS-MJD |
| | ) |
| FRANK VANIHEL et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Magistrate Judge has submitted his Report and Recommendation, dkt. [44], recommending that the complaint be **DISMISSED WITH PREJUDICE**. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

All other pending motions are denied as moot.

Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Date: 5/28/2025

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JARMAH HILL
PO Box 12
Jordan, MN 55352

Jordan Douglas Hall
Lewis and Wilkins LLP
hall@lewisandwilkins.com

Elijah B. Mollet
Lewis And Wilkins LLP
emollet@lewisandwilkins.com

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com